UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: SUBPOENA TO CONSUMER FINANCIAL PROTECTION BUREAU | |
| JEFFREY CHERY,<br><br>*Plaintiff*,<br><br>v.<br><br>CONDUENT EDUCATION SERVICES, LLC, et al.,<br><br>*Defendants*. | Civil Miscellaneous Case No. 1:19-mc-00166 (CJN) |

## ORDER

In an action pending in another judicial district, Plaintiff Jeffrey Chery served a subpoena on non-party Consumer Financial Protection Bureau. *See* Joint Status Report, *Chery v. Conduent Ed. Servs., LLC*, No. 1:18-cv-00075-DNH-CFH (N.D.N.Y. Oct. 31, 2019), ECF No. 48 ("JSR"). Defendants subsequently filed in this district a miscellaneous action seeking to quash that subpoena. *See* Motion to Quash, Dkt. 1. Although the Parties recently represented to the Northern District of New York that they "are endeavoring to have [this] matter[] transferred to [that] District," JSR at 3, they have taken no such action in this Court. Plaintiff also has not responded to this action or Defendants' Motion to Quash even though it was filed more than three weeks ago.

Therefore, it is hereby

2

**ORDERED** that, by November 21, 2019, the Parties shall file a Joint Status Report addressing whether they intend to seek to have this matter transferred to the Northern District of New York.

It is

**FURTHER ORDERED** that the Clerk of the Court is **DIRECTED** to mail a copy of this Order to both Plaintiff's counsel and the General Counsel of the Consumer Financial Protection Bureau at the addresses contained in Defendant's Certificate of Service appended to the Motion to Quash, Dkt. 1-7.

DATE:  November 4, 2019

_____
CARL J. NICHOLS
United States District Judge